LYON et al., Respondents, v. TOWNSEND et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by J. Crawford Lyon and William A. Lyon against Edward I. Townsend and Charles G. Townsend. No opinion. Order of the County Court of Rockland county reversed on argument, with $10 costs and disbursements.